UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR RONALD HAILEY III,

    Petitioner,

Case No. 12-11896

v.

SENIOR UNITED STATES DISTRICT
JUDGE ARTHUR J. TARNOW

KEN ROMANOWSKI, ET AL.,

MAGISTRATE JUDGE PAUL J. KOMIVES

    Respondents.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [14]

On June 25, 2013, Magistrate Judge Komives issued a Report and Recommendation [14] that Petitioner's Petition for Write of Habeas Corpus [1] be DENIED and that the Court GRANT Petitioner a Certificate of Appealability. No objection has been filed to the Report and Recommendation.

The Court having reviewed the record, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court. Accordingly, Petitioner's Petition for Writ of Habeas Corpus [1] is **DENIED**. The Court **GRANTS** Petitioner a Certificate of Appealability.

    **SO ORDERED**.

                s/Arthur J. Tarnow
                ARTHUR J. TARNOW
                SENIOR U.S. DISTRICT JUDGE

Dated: August 19, 2013